# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2008 OCT 15 AM 8:17

UNITED STATES OF AMERICA
JACKSONVILLE, FLORIDA

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

CASE NUMBER: 3:97-cr-53-J-34TEM
USM NUMBER: 86560-079

V.

ALAN EASON

Defendant's Attorney: W. Charles Fletcher, Esquire (cja)

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number __One__ of the term of supervision.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, charge, occurring while on supervision | February 14, 2007 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has not violated charge number(s)__ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: October 10, 2008

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE
DATE: October 14, 2008

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Defendant:     ALAN EASON
Case No.:     3:97-cr-53-J-34TEM

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **EIGHTEEN (18) MONTHS, to run consecutively with the term of imprisonment in Case No. 3:07-cr-55-J-34MCR, United States District Court, Middle District of Florida.**

    __X__ The Court makes the following recommendations to the Bureau of Prisons:

- **Incarceration at Coleman FCI or a facility in Jesup, GA**

    __X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_ at _____  a.m.   p.m.   on _____.

    \_\_\_ as notified by the United States Marshal.

\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_ before 2 p.m. on _____.

    \_\_\_ as notified by the United States Marshal.

    \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL